# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| NAADIR I. MUHAMMAD, | : | |
| Plaintiff, | : | Civ. No. 12-7206 (RBK) (JS) |
| v. | : | |
| | : | **MEMORANDUM AND ORDER** |
| JAMES A. SARKOS, et al., | : | |
| Defendants. | : | |

Plaintiff is a state prisoner proceeding with a civil rights complaint pursuant to 42 U.S.C. § 1983. Last year, Magistrate Judge Schneider issued a series of orders in this case that were returned as undeliverable as plaintiff was no longer housed at Bayside State Prison, his address of record in this case. Furthermore, plaintiff has not responded to defendants pending motions for summary judgment (*See* Dkt. Nos. 54 & 55.)

As the docket clearly indicates, plaintiff has not provided the Court with his updated address within seven days of his change of address from Bayside State Prison as required by the local rules. *See* L.Civ.R. 10.1(a). Therefore, at this time, rather than engage in a discussion of the defendants' unopposed motions for summary judgment, this Court will administratively terminate this action for plaintiff's failure to provide the Court with his updated address. If plaintiff provides this Court with his updated address within thirty (30) days of the date of this Order, then the Court will order the Clerk to reopen this action. In light of this administrative termination, the Court will deny defendants' motions for summary judgment without prejudice. If this matter is reopened, defendants may refile their motions for summary judgment within twenty-one days of the date this case is reopened.

2

Accordingly, IT IS this   11th   day of  August,  2015,

ORDERED that this action is administratively terminated due to plaintiff's failure to provide the Court with his updated address in violation of the local rules; and it is further

ORDERED that defendants' motions for summary judgment (Dkt. Nos. 54 & 55.) are denied without prejudice.

s/Robert B. Kugler<br>
ROBERT B. KUGLER<br>
United States District Judge